[Nos. 67825-6-I; 67921-0-I. Division One. April 22, 2013.]

*In the Matter of the Marriage of* TAMI REMICK, *Appellant,*
and ENOCH THIJS REMICK, *Respondent.*

Appeals from a judgment of the Superior Court for King County, No. 10-3-05604-5, Bruce W. Hilyer, J., entered September 16, 2011. *Reversed* and *remanded* by unpublished opinion per Grosse, J., concurred in by Leach, C.J., and Becker, J.

[No. 67856-6-I. Division One. April 22, 2013.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK LYMAN HOUGHTON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 10-1-06912-3, Jim Rogers, J., entered October 7, 2011. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Grosse and Schindler, JJ.

[No. 67864-7-I. Division One. April 22, 2013.]

SUZANNE L. WEINSTOCK, *Appellant,* v. ALAMO RENTAL (US), INC., ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 10-2-22866-7, Brian D. Gain, J., entered October 10, 2011. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Becker and Dwyer, JJ.

[No. 67913-9-I. Division One. April 22, 2013.]

THE STATE OF WASHINGTON, *Respondent,* v. ALFONSO V. SENIOR, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 10-1-08798-9, John P. Erlick, J., entered November 10, 2011. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Leach, C.J., and Becker, J.